**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**In the matter of:** : **Case No. 10-53766**

: **Chapter 7 (Judge Hoffman)**
**David B. Linton** :
**Stephany J. Wilkes**

## NOTICE TO THE CLERK OF UNCLAIMED AND SMALL DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $1.47 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The names(s) and addresses for the parties entitled to those unclaimed dividends are:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| American Electric Power<br>PO Box 2021<br>Roanoke, VA 24022-2121 | 1 | $0.26 |
| First Federal Credit Control<br>PO box 20790<br>Columbus, OH 43220-0790 | 2 | 0.30 |
| Chester Wilcox & Saxbe<br>65 E. State St. Ste. 1000<br>Columbus, OH 43215-4216 | 6 | 0.10 |
| Recovery Management Systems Corp.<br>For GE Money Bank<br>Dba Sam's Club<br>25 SE 2nd Ave., Ste. 1120<br>Miami, FL 33131 | 8 | 0.23 |
| Ramco Rental Inc.<br>1148 S. Prospect St.<br>Marion, OH 43302-7227 | 10 | 0.33 |

Unclaimed and Small Dividends – Continued

| | | |
|---|---|---|
| US Bank, NA<br>PO Box 5229<br>Cincinnati, OH 45201 | 11 | 0.02 |
| Whitehall Leasing Corporation<br>c/o Multi-Care Services, Inc.<br>5198 Richmond Road<br>Bedford Heights, OH 44146 | 13 | 0.23 |

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|
| $1.47 | $ 0.00 |

Dated: 12/01/2010                  /s/ Susan L. Rhiel
                                                                Case Trustee